# UNITED STATES DISTRICT COURT

District of COLUMBIA

Plaintiff Darrell G. Hafford

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

JC Kenney
National Parks Service

Defendant

CASE NUMBER:

I, Darrell G. Hafford _____ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☑ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  2-1-05   $300 last only month
    HCP Association of ST
    571 wash [illegible]
    Frus Clwcat

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☑ No
    b. Rent payments, interest or dividends              ☐ Yes    ☑ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
    d. Disability or workers compensation payments       ☐ Yes    ☑ No
    e. Gifts or inheritances                             ☐ Yes    ☑ No
    f. Any other sources                                 ☐ Yes    ☑ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

RECEIVED
JUL 1 1 2008
Clerk, U.S. District and
Bankruptcy Courts

4. Do you have **any** cash or checking or savings accounts?  ☒ Yes  ☐ No

   If "Yes," state the total amount. $300

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   NONE

I declare under penalty of perjury that the above information is true and correct.

_6-11-08_          _Darrell D. Hogan_
Date                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____ _____ <br> United States Judge    Date | _Ricardo M. Urbina_   _6/30/08_ <br> United States Judge    Date |

Darrell G. Hafen
Box 97642
DC 20090

IN THE U.S. District Court
Washington, DC
District of Columbia

FILED
JUL - 8 2008
Clerk, U.S. District and Bankruptcy Courts

Darrell G. Hafen,
PLAINTIFF

vs

JC Pendry,
Chief of Concessions NPS

Motion For Leave
To Proceed In Pauperis
To Seek A Temporary
Restraining Order

08 1177

Plaintiff seeks permission to move forward, in pauperis, without prepayment of fees, having filed a statement of impecuniosity, to protect his constitutional rights, since he has learned that the Chief of Concessions, JC Pendry plans to award a contract at Zion to some big company, and unless a hearing for a TRO is immediately set, he will be irreparably damaged.

Dated this 11th day of June 2008

Darrell G. Hafen

I Darrell G. Hafen do state that a copy of this motion for leave to proceed was mailed via US Postal Service June 11, 2008, to JC Pendry, Chief of Concessions of National Parks Service at 1201 Eye St. D.C. 20005.

Darrell G. Hafen Prof

2

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
RECEIVED
JUN 1 1 2008

Darrell G. Hafen
Box 91641
DC 20090

IN THE U.S. DISTRICT COURT
WASHINGTON, D.C.
DISTRICT OF COLUMBIA

**RECEIVED**
JUN 1 1 2008
Clerk, U.S. District and
Bankruptcy Courts

Darrell G. Hafen
   PLAINTIFF

vs

Jo Pendry, Chief of Concessions
National Parks Service
   DEFENDANTS

AFFIDAVIT
OF
IMPECUNIOSITY

I Darrell G. Hafen, do state that I am without funds to hire an attorney and thus I need to move forward in U.S. Court to protect my Constitutional Rights on my own behalf.

Dated June 11, 2008

Darrell G. Hafen
PRO SE.

Service of Process

I Darrell G. Hafen do state I mailed by US postage prepaid a copy of this Affidavit of Impecuniosity to Jo Pendry, National Parks Service 1701 Eye St. this 11th day of June 2008

Darrell G. Hafen

08 1177
**FILED**
JUL - 8 2008
Clerk, U.S. District and
Bankruptcy Courts