Darrell C. Hafen
Box 97647
DC 20090

IN the U.S. District Court
District of Columbia

**FILED**
JUL - 8 2008
Clerk, U.S. District and
Bankruptcy Courts

Darrell C. Hafen Plaintiff
vs
Ju Penoby
National Parks Service

MOTION TO USE P.O. BOX INSTEAD OF PHYSICAL ADDRESS

08 1177

Plaintiff makes a motion to use P.O. Box 97647 DC 20090 as address since he has an unusual situation and stays at different places.

DC 20090

Darrell D. Hafen
Pro Se

RECEIVED
JUN 11 2008
Clerk, U.S. District and
Bankruptcy Courts

3