Darrell Hafen
Box 92642
D.C. 20090

FILED
JUL - 8 2008
Clerk, U.S. District and Bankruptcy Courts

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
RECEIVED
JUN 1 1 2008

IN THE U.S. DISTRICT COURT
WASHINGTON, D.C.
DISTRICT OF COLUMBIA

MOTION FOR TEMPORARY RESTRAINING ORDER

Darrell G. Hafen
Plaintiff

vs

Jo Pendry, Chief of Concessions
National Parks Service
Defendants

08 1177

Plaintiff has for many years been waiting to secure the concessions at Zion, Bryce and Grand Canyon, (North Rim) and in fact over 10 years ago when Flagstar Inc. owned the concessions and wanted to sell them, the plaintiff travelled to their home office and they were willing to deal, but the Chief of Concessions at that time, Mr Robert Yearout, asked me to cooperate with him and let a Chicago company then named AmFac (now Xanterras) who had the money go ahead and buy them and that I would be able to get them when the contract was up. In fact, the concessions were put out for bid last year and I appeared at the preview at Grand and Zion.

Now, I have confidential information that Ms. Pendry is in negotiations with someone else, and plans to move forward. Thus, I seek a TRO asking for a hearing and a subsequent permanent injunction.

Dated this 11th day of June, 2008.

Darrell D. Hafen
Pro Se

Service of Process, I have mailed, postmark prepaid this Motion for TRO to Pendry, Chief of Concessions, NPS 1701 Eye St, D.C. 20005 this 11th day of June 2005. Darrell D. Hafen

4