**FILED**

JUL - 8 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARRELL G. HAFEN,

               Plaintiff,

v.

JO PEMBRY, Chief of Concessions,
National Park Service,

               Defendant.

Civil Action No. 08 1177

**ORDER**

It is hereby

ORDERED that plaintiff's motion to use a Post Office Box as his mailing address is GRANTED.

SO ORDERED.

_____
United States District Judge

Date 6/19/08