**FILED**

JUL - 8 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARRELL G. HAFEN,

                Plaintiff,

v.

JO PEMBRY, Chief of Concessions,
National Park Service,

                Defendant.

Civil Action No.   08 1177

## ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

This matter is before the Court on consideration of plaintiff's motion for a temporary restraining order.

A temporary restraining order may be granted without notice to the adverse party only if "it clearly appears from the specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" and if "the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required."  Fed. R. Civ. P. 65(b)(1).

Plaintiff's submission neither certifies his efforts to give notice to defendants nor offers reasons supporting a claim that notice should not be required.  See Fed. R. Civ. P. 65(b)(2).  Moreover, it is not clear from plaintiff's motion or from the

underlying complaint that he stands to suffer an immediate or irreparable injury before defendant can be heard in opposition.

Accordingly, it is hereby

ORDERED that plaintiff motion for a temporary restraining order is DENIED WITHOUT PREJUDICE.

SO ORDERED.

Date: 6/16/08

*Ricardo M. Urbina*
United States District Judge