Darrell Hafen, MD

Box 92642

Wash DC
20090

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUL 22 2008    # 08 1177RMU

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Darrell G. Hafen

PLAINTIFF

vs

Jo Pendry, Chief of
National
Concessions
Parks Service

DEFENDANT

MOTION FOR
RECONSIDERATION
OF REQUEST FOR
TRO AND REQUEST
FOR HEARING

THE PLAINTIFF IN HIS INITIAL COMPLAINT
AND REQUEST FOR TRO — BEFORE FILING —
INFORMED JO PENDRY HE HAD NO OPTION
OTHER THAN TO FILE, AND ALSO MAILED
COPIES OF THE TRO TO JO PENDRY. I
THOUGHT I CLEARLY STATED TO THE COURT
HER INTENDED ACTION TO GIVE A CONTRACT
TO ANOTHER COMPANY WOULD DEVASTATE ME SINCE
IT WAS AT 2109 WHERE I WORKED BEFORE GOING
TO COLLEGE, MEANT SO MUCH TO ME, AND ALL I WANTED
HER TO DO WAS UPHOLD THE COMMITMENT TO
AWARD ME THE THREE PARKS CONCESSIONS AT ZION
BRYCE + GRAND BY THE PREVIOUS CHIEF OF CONCESSIONS
ROBERT YEAROUT, WHO ASKED ME TO STEP ASIDE
AND LET THE CHICAGO COMPANY GET THE
CONTRACT AND WHEN THEY CAME UP FOR RENEWAL
I WOULD GET THE CONCESSIONS I STEPPED
ASIDE + IT IS NOW TIME FOR THE CHICAGO
COMPANY TO STEP ASIDE

The CHIEF OF CONCESSIONS, JO PENDRY
Has AWARDED THE CONTRACT TO THE
CHICAGO COMPANY IN VIOLATION OF THE
COMMITTMENT MADE TO ME. I AM NOW
GOING ON 81 YEARS OF AGE, AND I HAVE
BEEN EMOTIONALLY DRAINED BY HER
ACTION AND THE ONLY THING I HAVE
LEFT IS TO REQUEST A HEARING
AND SUBPOENA WITNESSES AND ASK
FOR DAMAGES, UNLESS THE COURT WILL
REVERSE THE ORDER TO THE CHICAGO
COMPANY AND AWARD IT TO ME.

I HAVE CONSISTENTLY STATED TO JO
PENDRY I COULD FURNISH FINANCIAL
ABILITY WITH A COMPANY WILLING TO
BACK ME, BUT SHE HAS NOT BEEN
WILLING TO DISCUSS THAT.

THEREFORE, I REQUEST A REVERSAL
OF THE ORDER, AND BARRING THAT
ACTION I REQUEST A HEARING AND
ABILITY TO SUBPOENA WITNESSES.

DATED JULY 20, 2008.        Darrell G. Hafer
                            Plaintiff

P.S. MY ONLY HOPE LEFT IN LIFE
IS TO WIN THIS CASE!

NOTICE OF SERVICE: I STATE I MAILED THIS
MOTION, POSTAGE PREPAID, TO JO PENDRY,
X1 PS, 1201, E1/2 ST. WASHINGTON, DC. 20005
THIS 20TH DAY OF JULY 2008, BY US MAIL.
JULY 20 2008        Darrell G. Hafer
                            Plaintiff